**DISMISSED; Opinion Filed May 17, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01064-CV

### LETERRENCE T. JACKSON, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV18-00435-V**

# MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Appellant's brief in this case is overdue. By postcard dated March 28, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

181064F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LETERRENCE T. JACKSON, Appellant

No. 05-18-01064-CV     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. CV18-00435-V.
Opinion delivered by Justice Partida-Kipness, Justices Whitehill and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs, if any, of this appeal from appellant LETERRENCE T. JACKSON.

Judgment entered this 17th day of May, 2019.